UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CRIMINAL NO. 4:15CR73

DERRICK JONES

## INFORMATION
(upon waiver of Indictment)

The United States Attorney charges that:

### COUNT ONE

On or about March 10, 2015, in the Northern District of Mississippi, defendant, DERRICK JONES, being aided and abetted by persons known and unknown to the United States Attorney, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with the intent to distribute cocaine in violation of Title 21, United States Code, Section 841(a)(1), did unlawfully, knowingly, and intentionally carry and use a firearm, and in the course of this crime did cause the death of a person, to wit, Gary Patterson through the use of a firearm, which killing was murder as defined in Title 18, United States Code, Section 1111, in that the defendant, with malice aforethought, did unlawfully kill Gary Patterson, by shooting him with a firearm willfully, deliberately, maliciously, and with premeditation, in violation of Title 18, United States Code, Sections 924(c) and (j)(1) and 2.

_____
UNITED STATES ATTORNEY
acting