To: Hon. Debra M. Brown
United States District Court Judge
305 Main Street; Room #329
Greenville, Ms
      38701

Case No. 4:15CR-73

Fr: Derrick M. Jones #12927-042
F.C.I Memphis
P.O Box 34550
Memphis, Tn
      38184-0550

Dear Mrs. Brown
    I'm writing in regards to my 2255 motion I filed Dec 10, 2018. I'm trying to get a follow-up to see have a ruling been made. Thanks for your time and attention to this matter.

                        Respectfully,

                        Derrick Jones

                        4/6/2020

Derrick M. Jones #12427-042
F.C.I Memphis
P.O. Box 34550
Memphis, Tn
38184-0550

Hon. Debra M. Brown
United States District Judge
305 Main Street, Room #329
Greenville, Ms
38701-401379